IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MARY ANN DUNCAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-cv-526-MJR-PMF |
| | ) |
| SIU CREDIT UNION, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION TO DISMISS COUNT V OF
PLAINTIFF'S COMPLAINT WITH PREJUDICE**

NOW COMES Defendant SIU Credit Union, by and through its attorneys, Rhode & Jackson, PC, and pursuant to Fed. R. Civ. P. 12(b)(6) and SDIL-LR 7.1(c) moves this Honorable Court to dismiss Count V of Plaintiff's Complaint with prejudice for failure to state a cause of action on which relief can be obtained, and in support hereof states as follows:

1. Count V of Plaintiff's Complaint (Doc. 2) purports to state a supplemental claim for retaliatory discharge in violation of Illinois' Personnel Record Review Act. 820 ILCS 40/1 et seq.

2. Retaliatory discharge is an exception to the general rule that at-will employment in Illinois is terminable at any time, for any cause or for no cause at all. *Clemons v. Mechanical Devices Co.*, 184 Ill.2d 328, 338 (1998).

3. The tort of retaliatory discharge is a limited and narrow exception to the at-will rule of employment. *Michael v. Precision Alliance Group, LLC*, 952 N.E.2d 682, 686 (5th Dist. 2011).

4. To state a claim for retaliatory discharge, a plaintiff must allege, inter alia, that the discharge violated a clearly mandated public policy. *Jacobson v. Knepper & Moga, P.C.*, 185 Ill.2d

372, 376 (1998).

5. Plaintiff has failed to plead the clearly mandated public policy necessary to state a prima facie case of retaliatory discharge.

6. The Personnel Record Review Act contains no clearly mandated public policy.

7. As a matter of law, Plaintiff cannot state a retaliatory discharge claim based on the alleged violation of the Illinois Personnel Record Review Act.

8. Count V fails as a matter of law to state a claim for retaliatory discharge based on the Personnel Record Review Act.

WHEREFORE, Defendant SIU Credit Union moves to dismiss Count V of Plaintiff's Complaint with prejudice.

> Respectfully submitted,
> SIU Credit Union, Defendant,
>
> By:  s/Shari R. Rhode
> Shari R. Rhode, one of Defendant's Attorneys
> Attorney(s) for Defendants
> Shari R. Rhode  #2324598
> Cassie R. Korando  #6304854
> Rhode & Jackson, PC
> 1405 West Main Street
> Carbondale, IL.  62901
> Telephone: 618. 529.8092
> Facsimile:  618. 529.8582
> Email: srhode@rhodeandjackson.com
>            ckorando@rhodeandjackson.com